United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-30996
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMITORIS ALEXANDER,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CV-2585
USDC No. 94-CR-343-ALL-J
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Demitoris Alexander, federal inmate #24297-034, pleaded
guilty to charges of conspiracy with intent to distribute cocaine
and possession of a firearm. Alexander was sentenced to
concurrent terms of 180 and 120 months' imprisonment. Alexander
seeks a certificate of appealability ("COA") to appeal the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

district court's order that transferred his successive 28 U.S.C. § 2255 motion to this court.

We must examine the basis of our jurisdiction on our own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). An order transferring a successive 28 U.S.C. § 2255 motion to the court of appeals is a nonappealable interlocutory order. Brinar v. Williamson, 245 F.3d 515, 516-18 (5th Cir. 2001). This court is without jurisdiction to consider Alexander's case. See id. Accordingly, the appeal is DISMISSED for lack of jurisdiction. Alexander's motions for a COA and for leave to proceed in forma pauperis are DENIED.

APPEAL DISMISSED; MOTIONS DENIED.